DANIEL G. BOGDEN
United States Attorney

DANIEL R. SCHIESS
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | 2:12-CR-488-LDG-VCF |
| Plaintiff, | |
| v. | MOTION FOR DOWNWARD DEPARTURE |
| **Katherine Kaplan,** | |
| Defendant. | |

The United States, by and through Daniel G. Bogden, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, moves for the court to grant the defendant a two-level downward departure for having provided substantial assistance. The defendant met with the FBI four times and provided information about the fraudulent scheme in which she was involved and is the basis of her conviction. The defendant's information was consistent with other information possessed by the FBI. The information may help the FBI advance the investigation of this matter.

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel R. Schiess
_____
DANIEL R. SCHIESS
Assistant United States Attorney

**Certificate of Service**

I certify that a copy of the foregoing motion was served on defense counsel of record through the court's electronic filing system.

Dated: April 26, 2013

/S/ Daniel R. Schiess
_____
Daniel R. Schiess

ORDER

IT IS SO ORDERED.

DATED this 29th day of April, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge